STATE v. HOWZE

No. 385P02

Case below: 151 N.C. App. 599

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 February 2003.

STATE v. HUFFMAN

No. 648P02

Case below: 154 N.C. App. 206

Motion by the Attorney General to dismiss appeal allowed 27 February 2003. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. HUNT

No. 5A86-7

Case below: Orange County Superior Court

Petition by Attorney General for writ of certiorari to review the decision of the Superior Court, Orange County, denied 16 January 2003. Petition for writ of prohibition by Attorney General denied 16 January 2003.

STATE v. IRVING

No. 55P03

Case below: 155 N.C. App. 222

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. JENKINS

No. 543P02

Case below: 153 N.C. App. 201

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 27 February 2003. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.